FILED
2013 DEC 20  PM 4:33

CASE UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE RODRIGO ARECHIGA-GAMBOA,<br>　aka "Chino Antrax,"<br>　aka "Norberto<br>　　　Sicairos-Garcia,"<br><br>　　　　　Defendant. | Case No. 13CR4517DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960, and 963 - Conspiracy to Distribute Methamphetamine, Cocaine and Marijuana Intended for Importation; Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine, Cocaine and Marijuana; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including December 20, 2013, defendant JOSE RODRIGO ARECHIGA-GAMBOA, aka "Chino Antrax," aka "Norberto Sicairos-Garcia," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; and 100 kilograms and more of a mixture and

ALB:nlv:San Diego
12/20/13

substance containing a detectable amount of marijuana; a Schedule I Controlled Substance; for the purpose of unlawful importation into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Count 2

Beginning at a date unknown to the grand jury and continuing up to and including December 20, 2013, within the Southern District of California, and elsewhere, defendant JOSE RODRIGO ARECHIGA-GAMBOA, aka "Chino Antrax," aka "Norberto Sicairos-Garcia," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 kilograms and more of cocaine, both Schedule II Controlled Substances; and 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana; a Schedule I Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

## Criminal Forfeiture Allegations

1.  The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the commission of the felony offenses alleged in this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JOSE RODRIGO ARECHIGA-GAMBOA, aka "Chino Antrax," aka "Norberto Sicairos-Garcia," shall, upon conviction, forfeit to the United States all their rights, title

and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: December 20, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney