

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE RODRIGO ARECHIGA-GAMBOA,<br> a.k.a. "Chino Antrax,"<br> a.k.a. "Norberto Sicairos-Garcia,"<br><br>  Defendant. | Case No.: 13-CR-4517-DMS<br><br>SUPERSEDING INFORMATION<br><br>Title 21, U.S.C., Sections 952, 960 and 963 – Conspiracy to Import Cocaine and Marijuana (Felony); Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
|---|---|

The United States Attorney charges:

Count 1

Beginning no later than in or about May 2005 and continuing up to and including December 20, 2013, within the Southern District of California, and elsewhere, defendant JOSE RODRIGO ARECHIGA-GAMBOA, a.k.a. "Chino Antrax," a.k.a. "Norberto Sicairos-Garcia," did knowingly and intentionally conspire with other persons, to import 5 kilograms and more of cocaine, a Schedule II Controlled Substance; and 1000 kilograms and more of marijuana; a Schedule I Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

Criminal Forfeiture Allegations

1. The allegations contained in this Superseding Information are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in this Superseding Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JOSE RODRIGO ARECHIGA-GAMBOA, a.k.a. "Chino Antrax," a.k.a. "Norberto Sicairos-Garcia," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Superseding Information, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED 5/19/15

LAURA E. DUFFY
United States Attorney

ADAM L. BRAVERMAN
Assistant United States Attorney

3