1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  13cr4517-DMS |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JOSE RODRIGO ARECHIGA-GAMBOA,<br>    a.k.a. "Chino Antrax,"<br>    a.k.a. "Norberto Sicairos-Garcia," | |
| Defendant. | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant, JOSE RODRIGO ARECHIGA-GAMBOA ("Defendant"), pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), as property obtained directly or indirectly as the result of the commission of Title 21, United States Code, Sections 952, 960 and 963, as charged in the Superseding Information; and

WHEREAS, on May 20, 2015, Defendant pled guilty to the Superseding Information, which plea included consents to the forfeiture allegations of the Superseding Information and an agreement to entry of a $1,000,000 judgment against the Defendant in favor of the United States; and

//

1 WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $1,000,000 (U.S. dollars) represents the proceeds the defendant obtained, directly or indirectly, as the result of the felony offense alleged in the Superseding Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of $1,000,000, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to the terms of the Plea Agreement the Defendant timely remitted a $100,000 cashier's check payable to the United States Marshals Service which shall be credited against the $1,000,000 judgment; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $1,000,000 judgment and the offense; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is hereby entered in favor of the United States against Defendant JOSE RODRIGO ARECHIGA-GAMBOA in the amount of $1,000,000. Defendant has paid $100,000 against this judgment which is hereby forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1). Defendant shall be given credit against the judgment for the payment.

2. Pursuant to the terms of the Plea Agreement the Defendant is ordered and directed to remit to the United States the remaining unpaid judgment amount of $900,000 by submitting a cashier's check made payable to "United States Marshals

Service" in the amount of Nine Hundred Thousand U.S. Dollars ($900,000.00), on or before the date of his sentencing. Upon receipt said amount is forfeited in its entirety to the United States pursuant to Title 21, United States Code, Section 853.

3. If not timely paid, interest shall accrue on the remaining $900,000 in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.

4. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment.

5. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

6. If the Defendant does not timely pay the unpaid balance on the judgment, pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced, may move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $900,000 to satisfy the money judgment in whole or in part, and may take any and all actions available to it to collect and enforce the judgment.

IT IS SO ORDERED.

DATED: 8-27-15

Hon. Dana M. Sabraw
United States District Judge