1  **FRANK J. RAGEN, Calif. Bar No. 54378**
   105 West "F" Street, Suite 215
2  San Diego, CA 92101
   Telephone: (619) 231-4330
3  Facsimile: (619) 239-0056
   Email: fjragen@aol.com
4

5  Attorney for Defendant
   **JOSE RODRIGO ARECHIGA-GAMBOA**
6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**
                    **(Hon. Dana M. Sabraw)**
10

| UNITED STATES OF AMERICA, | ) | CASE NO. 13-cr-4517-DMS |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| JOSE RODRIGO ARECHIGA-GAMBOA, | ) | |
| Defendants. | ) | |

I, FRANK J. RAGEN, hereby declare as follows:

(1) I am an Attorney duly licensed to practice law in the courts of the State of California, the United States District Court for the Southern District of California and the United States Supreme Court;

(2) I am retained counsel for defendant JOSE RODRIGO ARECHIGA-GAMBOA;

(3) Counsel is requesting a continuance of the Sentencing Hearing from the presently scheduled date of October 16, 2015 at 1:30 p.m. to April 8, 2016 at 1:30 p.m.;

(4) This continuance is necessary in order to give counsel additional time to prepare for sentencing;

//

     (5)    Assistant United States Attorney Adam L. Braverman has no objection to this request to continue the Sentencing Hearing.

     For the above-mentioned reasons, counsel requests the Sentencing Hearing be continued to April 8, 2016 at 1:30 p.m.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 8, 2015                      s/Frank J. Ragen
                                                Declarant